DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRITNI HIATT,**
Appellant,

v.

**STEVE MATHIEU,**
Appellee.

No. 4D2023-1429

[February 15, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Caryn Siperstein, Judge; L.T. Case No. 50-2021-DR-005965-XXXX-MB.

Jean M. Henne of Jean M. Henne, P.A., Winter Haven, for appellant.

Adam Richardson of Burlington & Rockenbach, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and GERBER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***